IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| CHARLITA KASEY,<br><br>        Plaintiff,<br><br>v.<br><br>THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY d/b/a ATRIUM HEALTH, INC.[1],<br><br>        Defendant. | Civil Action No. 3:20-cv-00695<br><br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41(a)(1)(A)(ii), the parties, by and through the undersigned counsel, hereby stipulate and request that the Court enter an order dismissing all claims and causes of action against Defendant in the above-captioned case, with prejudice, and with all parties to bear their own attorneys' fees and costs.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

---

[1] In her Complaint, Plaintiff identified "The Charlotte-Mecklenburg Hospital Authority d/b/a Atrium Health, Inc." as the defendant. The correct defendant entity is the entity that employed Plaintiff—The Charlotte-Mecklenburg Hospital Authority d/b/a Atrium Health. Defendant requests that the correct entity name be substituted in this lawsuit's caption.

Respectfully submitted this 15th day of February, 2022.

/s/Geraldine Sumter
Geraldine Sumter, Bar No. 11107
gsumter@fergusonsumter.com
Chandler Bryant, Bar No. 55058
cbryant@fergusonsumter.com
Ferguson Chambers & Sumter, P.A.
309 East Morehead Street, Suite 110
Charlotte, NC 28202
Telephone: 704.375.8461
Facsimile: 980.938.4867

*Attorney for Plaintiff*

/s/ Elizabeth H. Pratt
Elizabeth H. Pratt, Bar No. 46132
epratt@littler.com
Stephen D. Dellinger, Bar No. 16609
sdellinger@littler.com

LITTLER MENDELSON, P.C.
Bank of America Corporate Center
100 North Tryon Street
Suite 4150
Charlotte, NC 28202
Telephone: 704.972.7000
Facsimile: 704.333.4005

*Attorneys for Defendant*

- 2 -